UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

VICTOR LOPEZ, ON BEHALF OF HIMSELF :   ECF CASE
AND ALL OTHER PERSONS SIMILARLY :
SITUATED, :
:
                Plaintiffs, :   No.: 1:25-cv-8238
:
            v. :
:
MONAT GLOBAL CORP., :
:
              Defendant. :
:
:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF SETTLEMENT

To The Honorable Court:

      The undersigned represents the Plaintiff in the above-entitled action. The Parties have reached a settlement in principle and the undersigned, with the consent of the Defendant, respectfully requests that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the Parties respectfully request all currently pending deadlines in this action be adjourned *sine die*.

Dated: New York, New York
      March 9, 2026            Respectfully Submitted,

                         **GOTTLIEB & ASSOCIATES PLLC**
                         /s/ Jeffrey M. Gottlieb
                         Jeffrey M. Gottlieb, Esq.

                         Michael A. LaBollita (ML-9985)
                         Jeffrey M. Gottlieb (JG-7905)
                         Dana L. Gottlieb (DG-6151)
                         GOTTLIEB & ASSOCIATES PLLC
                         150 East 18th Street, Suite PHR
                         New York, New York 10003
                         Tel: 212.228.9795
                         Fax: 212.982.6284
                         Jeffrey@Gottlieb.legal
                         Dana@Gottlieb.legal
                         Michael@Gottlieb.legal
                         *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge